IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PAUL V. DEGENHART,

      Appellant,

v.

SCBT, A SOUTH CAROLINA
STATE         CHARTERED
BANKING      CORPORATION
D/B/A  FIRST  FEDERAL,  A
DIVISION OF SCBT.

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3374

_____/

Opinion filed February 12, 2015.

An appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

Paul V. Degenhart, pro se, Appellant.

E. Robert Meek of Foley & Lardner LLP, Jacksonville; James A. McKee and
Benjamin J. Grossman of Foley & Lardner, Tallahassee; and Harrison Wesley Poole
of Poole & Poole, P.A., Fernandina Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.